# VERIFIED RETURN OF SERVICE

Job # MIA27137

**Client Info:**

The Law Offices of Jibrael S. Hindi, PLLC
1515 NE 26th Street
Wilton Manors, FL 33305

**Case Info:**

**PLAINTIFF:**
LOTFI BADOUI
-versus-
**DEFENDANT:**
UNITED BUSINESS SOLUTIONS, INC.

UNITED STATES DISTRICT COURT

Court Case # **2:25-cv-10230-WLH-SK**

**Service Info:**

**Date Received: 11/3/2025** at **03:58 PM**
**Service:** I Served **UNITED BUSINESS SOLUTIONS, INC, C/O AGENT AUTHORIZED TO ACCEPT SERVICE**
With: **SUMMONS, MAGISTRATE CONSENT, CIP, NOTICE OF ASSIGNMENT, COMPLAINT, ADR NOTICE, CIVIL COVER SHEET,**
by leaving with **SHANKER KATKALA, VICE PRESIDENT, AUTHORIZED TO ACCEPT**

**At Business 1100 CORNWALL ROAD, SUITE #221 MONMOUTH JUNCTION, NJ 08852**
On **11/11/2025** at **12:22 PM**
**Manner of Service: USDC SUMMONS**
Service has been completed pursuant to Federal Rule of Civil Procedure (4)

**Served Description: (Approx)**

Age: **48**, Sex: **Male**, Race: **Asian-Pacific Islander**, Height: **5' 9"**, Weight: **200**, Hair: **Black** Glasses: **No**

I **MICHAEL WEINSHENKER** acknowledge that I am 18 years or older, authorized to serve process, in good standing in the jurisdiction wherein the process was served, and I have no interest in the above action. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true.

Signature of Server: ______________________________
**MICHAEL WEINSHENKER**

**Accurate Serve of Plantation**
151 North Nob Hill Road #254
Plantation, FL 33324
Phone: (954) 228-4029

Our Job # **MIA27137** Client Ref # **Lotfi Badoui v. United Business Solutions Inc.**

25429088